828

No. 164. SPENCER *v.* UNITED STATES. Court of Claims. Certiorari denied. *Frederick Bernays Wiener* and *Thomas H. King* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.

No. 169. MARTINEZ ET AL. *v.* RIVERA ET AL. C. A. 10th Cir. Certiorari denied. *Quincy D. Adams* for petitioners. *J. O. Seth* for respondents.

No. 170. SLACKMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Maury Hughes* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 171. RICHMOND, FREDERICKSBURG & POTOMAC RAILROAD Co. *v.* BROOKS. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *G. Bowdoin Craighill, Murray Preston* and *Wirt P. Marks, Jr.* for petitioner. *Bernard M. Savage* and *Alfred L. Bennett* for respondent.

No. 173. HANSEN *v.* ARABIAN AMERICAN OIL Co. C. A. 2d Cir. Certiorari denied. *Guy O. Walser* for petitioner. *Louis F. Huttenlocher* and *Thomas F. Barry* for respondent.

No. 175. FRIEDMAN *v.* HEATING EQUIPMENT MANUFACTURING Co. Court of Appeals of Ohio, Eighth District. Certiorari denied. *Edward D. Wyner* for petitioner. *Saul Perlis* for respondent.